**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert BELL, Respondent–Appellant.**

**No. 03–2132.**

United States Court of Appeals,
Seventh Circuit.

Aug. 14, 2006.

Christina Egan, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Robert K. O'Reilly, Ademi & O'Reilly, Cudahy, WI, for Defendant–Appellant.

Before Hon. DANIEL A. MANION, Hon. ILANA DIAMOND ROVNER, and Hon. ANN CLAIRE WILLIAMS, Circuit Judges.

### ORDER

On March 10, 2006, this Court ordered a limited remand to the district court pursuant to *United States v. Paladino,* 401 F.3d 471 (7th Cir.2005), to determine whether the district court would have imposed a different sentence had it know that the United States Sentencing Guidelines were merely advisory. On July 27, 2006, the district court issued a statement that "this Court is not prepared to confirm definitively whether it would or would not have imposed the same sentence on Bell if it had understood the Sentencing Guidelines to be advisory rather than mandatory."

In response to our invitation for argument regarding the appropriate disposition of the appeal in light of the district court's decision, the United States responded that the matter should be remanded to the District Court for resentencing. The Defendant, Bell, did not respond.

**IT IS ORDERED** that the March 10, 2006 Order of this Court is vacated and the case is remanded to the district court for resentencing.